IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | ) Case No. 06-CR-148-C <br> ) |
| ALBINO MARTINEZ CHAVEZ | ) <br> ) |
| Defendant. | ) <br> ) |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Western District of Wisconsin hereby dismisses, without prejudice, the charge against defendant Albino Martinez Chavez. This dismissal is based on the reasons set forth in the attached affidavit of Elizabeth Altman.

Dated this 18th day of January 2010.

Respectfully submitted,

STEPHEN P. SINNOTT
United States Attorney

By:     /s/

JOHN W. VAUDREUIL
Assistant U. S. Attorney
Chief of Criminal Division

Leave of court is granted for the filing of the foregoing dismissal.

Barbara Crabb
United States District Judge

Dated: 1/26/10